**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Kenneth Andre BOONE, Defendant—Appellant.**

**No. 12–6622.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2012.

Decided: July 19, 2012.

Kenneth Andre Boone, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Andre Boone appeals the district court's order reducing his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Boone*, No. 2:99–cr–00116–AWA–10 (E.D. Va. filed Mar. 12, 2012; entered Mar. 13, 2012). We deny Boone's motion requesting a bond hearing. We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*